UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-23890-KMM

MARC SCHAEVITZ,
Individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

BRAMAN HYUNDAI, INC.,
A Florida corporation,

    Defendant.
_____/

**DECLARATION OF DAVID T. COULTER IN SUPPORT OF
DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SECOND EXPERT**

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

David T. Coulter, declares and says, pursuant to 28 U.S.C. § 1746, as follows:

I am an attorney with the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. I submit this declaration to transmit certain documents and testimony that are relevant to Defendant's Motion to Strike Plaintiff's Second Expert, filed on March 26, 2019.

1. Annexed as Exhibit 1 is a true and correct copy of Defendant Braman Hyundai's Initial Disclosures.

2. Annexed as Exhibit 2 is a true and correct copy of an October 24, 2018 email from Defendant Braman Hyundai's counsel to Plaintiff's counsel regarding the deposition of Major Advertising, LLC.

3. Annexed as Exhibit 3 is a true and correct copy of Exhibit 22 to the deposition of Charles Jones, which appears to be correspondence from Plaintiff's counsel.

4. Annexed as Exhibit 4 is a true and correct copy of a February 27, 2019 email from Plaintiff's counsel to Defendant Braman Hyundai's counsel, regarding discovery.

5. Annexed as Exhibit 5 is a true and correct copy of Defendant Braman Hyundai's February 26, 2019 notice pursuant to Federal Rule of Civil Procedure 45(a)(4) of intent to serve subpoena *duces tecum* on Charles Jones.

6. Annexed as Exhibit 6 is a true and correct copy of Plaintiff's cross-notice of the deposition of Charles Jones, dated March 1, 2019.

7. Annexed as Exhibit 7 is a true and correct copy of the first nine pages of Exhibit 12 to the deposition of Charles Jones, which is referenced in Defendant Braman Hyundai's Motion to Strike Plaintiff's Second Expert as the "Jones Download."

8. Annexed as Exhibit 8 is a true and correct copy of an excerpted transcript of the March 11, 2019 deposition of Charles Jones.

9. Annexed as Exhibit 9 is a true and correct copy of the Declaration of Randall A. Snyder, dated December 3, 2018, which Plaintiff served on Defendant Braman Hyundai.

10. Annexed as Exhibit 10 is a true and correct copy of an email exchange between counsel for Plaintiff and counsel for Defendant Braman Hyundai dated February 7 to February 22, 2019 regarding expert discovery.

11. Annexed as Exhibit 11 is a true and correct, redacted copy of the Expert Report of Jan Kostyun dated March 4, 2019.

12. Annexed as Exhibit 12 is a true and correct copy of an email exchange between counsel for Plaintiff and counsel for Defendant Braman Hyundai on March 13 and March 14, 2019, regarding Anya Verkovskaya.

13. Annexed as Exhibit 13 is a true and correct copy of what is styled as the "Expert Rebuttal Report of Anya Verkhovskaya," which Plaintiff served on Braman Hyundai on March 13, 2019, at 10:07 p.m.

14. Annexed as Exhibit 14 is a true and correct copy of an excerpted transcript of the March 14, 2019 deposition of Jan Kostyun.

15. Annexed as Exhibit 15 is a true and correct copy of an email exchange between counsel for Plaintiff and counsel for Defendant Braman Hyundai dated March 15 to March 25, 2019, regarding the availability of Anya Verkhovskaya for deposition.

I declare under penalty of perjury that the foregoing is true and correct.

3/26/2019
Date

David T. Coulter

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March 2019, I filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via CM/ECF.

/s/ David T. Coulter<br>
DAVID T. COULTER

## SERVICE LIST

*Marc Schaevitz v. Braman Hyundai, Inc.*
Case No. 1:17-cv-23890-KMM
United States District Court, Southern District of Florida

Manuel S. Hiraldo
Hiraldo P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com

Andrew J. Shamis
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 400
Miami, Florida, 33132
ashamis@shamisgentile.com

Mark J. Dearman
Jason H. Alperstein
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
mdearman@rgrdlaw.com
jalperstein@rgrdlaw.com

*Attorneys for Plaintiff*