UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-23890-KMM

MARC SCHAEVITZ,
individually and on behalf of all
others similarly situated,

       Plaintiff,

v.

BRAMAN HYUNDAI, INC.,
a Florida corporation,

       Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF FILING NOTICE OF ACCEPTANCE AND PROOF OF SERVICE

Plaintiff Marc Schaevitz, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby gives notice of filing the following documents attached as **Exhibit A**: (1) Proof of Service of Notice of Acceptance; and (2) Notice of Acceptance of Defendant Braman Hyundai, Inc.'s Renewed Offer of Judgment, [ECF No. 119-1]. Pursuant to Rule 68(a), Plaintiff respectfully requests for the Clerk of Courts to enter judgment against Defendant as outlined in the Renewed Offer of Judgment.

Date: May 16, 2019

Respectfully submitted,

| **HIRALDO P.A.** | **ROBBINS GELLER RUDMAN & DOWD LLP** |
|---|---|
| | Jason H. Alperstein |
| */s/ Manuel S. Hiraldo* | Florida Bar No. 64205 |
| Manuel S. Hiraldo | jalperstein@rgrdlaw.com |
| Florida Bar No. 30380 | Mark J. Dearman |
| 401 E. Las Olas Boulevard | Florida Bar No. 982407 |
| Suite 1400 | mdearman@rgrdlaw.com |
| Ft. Lauderdale, Florida 33301 | 120 E Palmetto Park Rd |
| Email: mhiraldo@hiraldolaw.com | Ste 500 |
| Telephone: 954.400.4713 | Boca Raton, FL 33432-4809 |
| | Telephone: 561-750-3000 |
| | Fax: 561-750-3364 |
| *Counsel for Plaintiff and the Class* | *Counsel for Plaintiff and the Class* |

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 400
Miami, Florida  33132
(t) (305) 479-2299
(f) (786) 623-0915

*Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
